UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

       - v. -                   :        **JUDGE SCHEINDLIN**

JAIR SAAVEDRA,                    :        NOTICE OF INTENT
                                                  :        TO FILE AN
                                                  :        INFORMATION
          Defendant.            :
                                                  :        07 Cr.

- - - - - - - - - - - - - - - - x        **08 CRIM 094**

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           February 5, 2008

                                  MICHAEL J. GARCIA
                                  United States Attorney

               By: _____
                    Eugene Ingoglia
                    Assistant United States Attorney

               AGREED AND CONSENTED TO:

               By: _____
                    Jeffrey Simms, Esq.
                    Attorney for JAIR SAAVEDRA

[Stamp: ELECTRONICALLY FILED / DATE FILED: 2/5/08]