UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
    -v-                             :      08 Cr.
                                    :
JAIR SAAVEDRA,                      :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - -x

08 CRIM 094

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 6 2008

                        COUNT ONE

        The United States Attorney charges:

        1.    From in or about August 2005 through in or about
December 2005, in the Southern District of New York and
elsewhere, JAIR SAAVEDRA, the defendant, and others known and
unknown, unlawfully, intentionally, and knowingly did combine,
conspire, confederate, and agree together and with each other to
violate the narcotics laws of the United States.

        2.    It was a part and an object of the conspiracy that
JAIR SAAVEDRA, the defendant, and others known and unknown, would
and did distribute, and possess with intent to distribute, a
controlled substance, to wit, five hundred grams and more of
mixtures and substances containing a detectable amount of
cocaine, in violation of Sections 812, 841(a)(1), and
841(b)(1)(B) of Title 21 of the United States Code.

                        Overt Acts

        3.    In furtherance of the conspiracy, and to effect
the illegal object thereof, the following overt acts, among
others, were committed in the Southern District of New York and

elsewhere:

        a.  On or about December 29, 2005, JAIR SAAVEDRA, the defendant, attended a meeting in New Haven, Connecticut, about the sale of cocaine.

        b.  In or about December 2005, a co-conspirator not named as a defendant herein picked up a quantity of cocaine in the Bronx, New York.

        (Title 21, United States Code, Section 846.)

MICHAEL J. GARCIA
United States Attorney