JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    v.

JAIR SAAVEDRA,

        Defendant.

- - - - - - - - - - - - - - - - X

08 Cr.

**08 CRIM 094**

    The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.


ALLY FILED
FEB 06 2008

_Jair Saavedra_
JAIR SAAVEDRA
Defendant

_Helen Lewis_
Witness

_Jeffrey Simms_
Jeffrey Simms, Esq.
Counsel for Defendant

Date: New York, New York
      February 6, 2008

0202