

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2008

**By Facsimile: (212) 805-7920**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Jair Saavedra</u>
            08 Cr. 94 (SAS)

Dear Judge Scheindlin:

        The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from February 25, 2008 at 4:30 p.m., to a date convenient for the Court after the second week of March, 2008, if possible.

        The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between February 25, 2008 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

                          Very truly yours,

                          MICHAEL J. GARCIA
                          United States Attorney
                          Southern District of New York

         By:      /s/ Eugene Ingoglia
                          Eugene Ingoglia
                          Assistant United States Attorney
                          (212) 637-1113

cc: Jeffrey Simms, Esq. (By facsimile)

*[Handwritten]:* The Government's request is granted. The conference previously scheduled for Feb 25, 2008 is adjourned to March 17, 2008, at 4:00 p.m. Time is to be excluded for purposes of the Speedy Trial Act.

DATE: Feb 22, 2008

/s/ Shira A. Scheindlin, USDJ