

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 14, 2008

**By Facsimile: (212) 805-7920**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    United States v. Jair Saavedra
            08 Cr. 94 (SAS)

Dear Judge Scheindlin:

    The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from March 17, 2008 at 4:30 p.m., to a date convenient for the Court after the second week of April, 2008, if possible.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between March 17, 2008 and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Jeffrey Simms, Esq. (By facsimile)

*[Handwritten note from Judge:]* The parties' request is granted. The conference previously scheduled for March 17, 2008 is rescheduled to April 14, 2008, at 4:00 p.m. Time is to be excluded for purposes of the Speedy Trial Act.

SO ORDERED:
Shira A. Scheindlin, USDJ
Date: March 14, 2008

TOTAL P.01