JUN-02-2008 17:59   D&T                                                            P.01/01

**U.S. Department of Justice**

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

RECEIVED
CHAMBERS OF
JUN 02 2008
JUDGE SCHEINDLIN

<u>By Facsimile: (212) 805-7920</u>
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:   <u>United States v. Jair Saavedra</u>
           08 Cr. 94 (SAS)

Dear Judge Scheindlin:

    The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter (currently scheduled for June 4, 2008 at 4:30 p.m.) be re-scheduled to a date convenient for the Court after <u>the second week of July 2008, if possible</u>.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between today and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial, and accommodate the schedule of defense counsel, who is currently on trial. The parties expect that a disposition will be reached prior to the new date. The Government makes this request with the consent of counsel for the defendant.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Jeffrey Simms, Esq. (By facsimile)

*[Handwritten order:]* The parties' request is granted. The conference scheduled for June 4, 2008 is adjourned to July 16, 2008, at 4:30 pm. Time is to be excluded for purposes of the Speedy Trial Act. SO ORDERED.

Date: June 2, 2008

Shira A. Scheindlin, U.S.D.J.