

U.S. **Department of Justice**

United States Attorney
Southern District of New York

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2008

**By Facsimile: (212) 805-7920**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    United States v. Jair Saavedra
            08 Cr. 94 (SAS)

Dear Judge Scheindlin:

    The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter (currently scheduled for July 16, 2008 at 4:30 p.m.) be rescheduled to a date convenient for the Court after the first week of September 2008, if possible.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between today and the new conference date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The parties have reached an agreement in principal, and expect that a guilty plea will be entered prior to the new date. The Government makes this request with the consent of counsel for the defendant.

*[Handwritten: The Government's request is granted. The conference originally scheduled for July 16, 2008 is adjourned to Monday, September 15, 2008 at 4:30 p.m. Time between now and that date is excluded for purposes of the Speedy Trial Act.]*

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

*[Handwritten: SO ORDERED: [signature] Shira A. Scheindlin, U.S.D.J.]*
*[Handwritten: Dated: New York, New York, July 15, 2008]*

cc: Jeffrey Simms, Esq. (By fax)